MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Craig & Kathryn Quint                Chapter 7 Case No. 10-36342

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Chase Bank USA NA<br>C/o Creditors Bky Service<br>PO Box 740933, Dallas, TX 75374 | 5 | $691.25 | $4.41 |

Dated:   April 7, 2011

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111


RECEIVED 11 APR -8 AM 11:26 U.S. BANKRUPTCY COURT ST. PAUL MN